**Order entered November 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00990-CV

**JEANNIE MCKELVY, Appellant**

**V.**

**COLUMBIA MEDICAL CENTER OF MCKINNEY SUBSIDIARY, L.P.,
D/B/A MCKINNEY MEDICAL CENTER, Appellee**

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-04187-2011**

## ORDER

In an order dated November 7, 2013, the Court abated this appeal to allow the trial court to sign an order granting the defendant's motion to dismiss. On November 14, 2013, the Court received a supplemental clerk's record containing the requested order. Accordingly, we **REINSTATE** this appeal. Appellant's brief is due **THIRTY DAYS** from the date of this order.

/s/     DAVID LEWIS
        JUSTICE